RECEIPT #_____
AMOUNT $ _150_____
SUMMONS ISSUED__Y-3____
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK._____
DATE___11-17-04_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ELIZABETH L. SHIELDS, | ) | |
| **Plaintiff** | ) | |
| | ) | |
| vs | ) | **COMPLAINT** |
| | ) | **AND JURY DEMAND** |
| KENNETH VAN VOORHIS, JR., | ) | |
| JOSEPH ELETTO TRANSFER, | ) | |
| INC., and AA TRUCK RENTING | ) | |
| CORPORATION, | ) | |
| **Defendants** | ) | |

# 04 12431 GAO

MAGISTRATE JUDGE _Alexander_

## PARTIES

1. The Plaintiff, Elizabeth L. Shields, resides in West Warwick, Kent County, Rhode Island.

2. The Defendant, Kenneth Van Voorhis, Jr., resides in Attleboro, Bristol County, Massachusetts.

3. The Defendant, Joseph Eletto Transfer, Inc., is a foreign corporation organized under the laws of the State of New York and has a principal place of business at 445 Northern Boulevard, Suite 30, Great Neck, New York 11021.

4. The Defendant, AA Truck Renting Corporation, is a foreign corporation organized under the laws of the State of New Jersey and has a principal place of business at 28-90 Review Avenue, Long Island City, New York 11101.

## JURISDICTION

5. This action is brought pursuant to 28 11 U.S.C. 1332 as it involves a motor vehicle accident between a citizen of Massachusetts and a citizen of Rhode Island. The matter in controversy, exclusive of interest and costs, exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00).

## COUNT I
### (Elizabeth L. Shields v. Kenneth Van Voorhis, Jr.)

6.   The Plaintiff hereby repeats and incorporates by reference paragraphs 1 through 5 of this Complaint.

7.   On June 25, 2003, the Plaintiff, Elizabeth L. Shields, was the operator of a motor vehicle at the intersection of South Main Street and Fisher Avenue in Attleboro, Massachusetts.

8.   At the same time, the Defendant, Kenneth Van Voorhis Jr., was the operator of a 2000 Mack Box Truck, MA Registration No. X8304A, at the intersection of South Main Street and Fisher Avenue in Attleboro, Massachusetts.

9.   The Defendant, Kenneth Van Voorhis Jr., negligently operated said motor vehicle and caused it to collide with the Plaintiff's vehicle.

10.  As a direct and proximate result of the negligence of the Defendant, Kenneth Van Voorhis Jr., the Plaintiff, Elizabeth L. Shields, was seriously injured. The Plaintiff, Elizabeth L. Shields, has incurred, and continues to incur, substantial medical expenses, loss of income, physical pain and suffering, and mental anguish.

**WHEREFORE,** the Plaintiff, Elizabeth L. Shields, demands judgment against Defendant, Kenneth Van Voorhis Jr., in the amount of her damages together with interest and costs.

## COUNT II
### (Elizabeth L. Shields v. Joseph Eletto Transfer Inc.)

11.  The Plaintiff, Elizabeth L. Shields, hereby repeats and incorporates by reference paragraphs 1 through 10 of this Complaint.

12.  At the time and place of the accident to which reference was made, the truck was operated by the Defendant, Kenneth Van Voorhis Jr., in a careless and negligent manner so as to cause said accident.

13.  At all material times to the accident in this case, the Defendant, Kenneth Van Voorhis Jr., was a person for whom the Defendant, Joseph Eletto Transfer, Inc., was legally responsible.

14. At all material times to the action in this case, the Defendant, Kenneth Van Voorhis Jr., was employed by the Defendant, Joseph Eletto Transfer, Inc., and was acting within the scope of his employment with the Defendant, Joseph Eletto Transfer, Inc.

15. As a direct and proximate result of the negligence of the Defendant, Kenneth Van Voorhis Jr., a person for whom the Defendant, Joseph Eletto Transfer, Inc., was legally responsible, the Plaintiff, Elizabeth L. Shields, was seriously injured. The Plaintiff, Elizabeth L. Shields, has incurred, and continues to incur, substantial medical expenses, loss of income, physical pain and suffering, and mental anguish.

**WHEREFORE**, the Plaintiff, Elizabeth L. Shields, demands judgment against the Defendant, Joseph Eletto Transfer, Inc., in the amount of her damages together with interest and costs.

## COUNT III
### (Elizabeth L. Shields v. AA Truck Renting Corporation)

16. The Plaintiff, Elizabeth L. Shields, hereby repeats and incorporates by reference paragraphs 1 through 15 of this Complaint.

17. At the time and place of the accident to which reference was made, the truck was operated by the Defendant, Kenneth Van Voorhis Jr., in a careless and negligent manner so as to cause said accident.

18. At all material times to the accident in this case, the Defendant, Kenneth Van Voorhis Jr., was operating a motor vehicle that was owned and registered in the name of the Defendant, AA Truck Renting Corporation.

19. There exists evidence that at the time of the accident or collision the truck involved in the accident was registered in the name of the Defendant AA Truck Renting Corporation as owner. Pursuant to M.G.L. c. 231, §85A it shall be prima facie evidence that it was then being operated by and under the control of a person for whose conduct the Defendant AA Truck Renting Corporation was legally responsible.

20. As a direct and proximate result of the negligence of the Defendant, Kenneth Van Voorhis Jr., a person for whom the Defendant, AA Truck Renting Corporation,

was legally responsible, the Plaintiff, Elizabeth L. Shields, was seriously injured. The Plaintiff, Elizabeth L. Shields, has incurred, and continues to incur, substantial medical expenses, loss of income, physical pain and suffering, and mental anguish.

**WHEREFORE**, the Plaintiff, Elizabeth L. Shields, demands judgment against the Defendant owner, AA Truck Renting Corporation, in the amount of her damages together with interest and costs.

The Plaintiff demands a trial by jury on all issues.

Respectfully submitted,
The Plaintiff
By her Attorneys

Sal J. Germani, Esquire
BBO #547991
Germani & Germani, P.C.
50 Union Street, P. O. Box 2178
Attleboro, MA   02703
Tel:  (508) 222-5858
Fax:  (508) 222-9906

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

ELIZABETH L. SHIELDS

## DEFENDANTS

KENNETH VAN VOORHIS, JR., JOSEPH ELETTO TRANSFER, INC. AND AA TRUCK RENTING CORPORATION

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   KENT (R.I.)
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   BRISTOL
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
SAL J. GERMANI, ESQ. - GERMANI & GERMANI, INC.
50 UNION ST., P. O. BOX 2178
ATTLEBORO, MA 02703   (508) 222-5858

ATTORNEYS (IF KNOWN)

# 04 12431 GAO

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only) AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury — Product Liability | | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☒ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 11 U.S.C. 1332

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____ DOCKET NUMBER _____

DATE
11-3-04

SIGNATURE OF ATTORNEY OF RECORD
SAL J. GERMANI

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)_____

____ELIZABETH L. SHIELDS vs. KENNETH VAN VOORHIS, JR._____

2.  CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LIST ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1))

    —       I.      160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT

    —       II.     195, 368, 400, 440, 441-444, 540, 550, 625, 710, 720,730,
                    740, 790, 791, 820, 830, 840, 850, 890, 892-894, 895, 950.

    X       III.    110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                    315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                    380, 385, 450, 891.

    —       IV.     220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
                    690, 810, 861-865, 870, 871, 875, 900.

    —       V.      150, 152, 153.

3.  TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E))
            NONE

04 12431 GAC

4.  HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT? ____NO____

5.  DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? ____NO____

    IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY? (SEE 28 USC 2403)
    _____

6.  IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284? ____NO____

7.  DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY)? (SEE LOCAL RULE 40.1(C)) YES ____ OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? (SEE LOCAL RULE 40.1(D)) YES ____

8.  DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT? YES _____

    (a)    IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? _____

9.  IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? _____

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE CENTRAL SECTION_____OR WESTERN SECTION_____

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME_____SAL J. GERMANI_____

ADDRESS__50 UNION ST., P.O. BOX 2178, ATTLEBORO, MA 02703_____

TELEPHONE NO.____(508) 222-5858_____

(COVER_SHT-08/90)

APPENDIX C