AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

ELIZABETH L. SHIELDS, PLAINTIFF

**SUMMONS IN A CIVIL ACTION**

V.

KENNETH VAN VOORHIS, JR., JOSEPH ELETTO
TRANSFER, INC. AND AA TRUCK RENTING
CORPORATION, DEFENDANTS

CASE NUMBER:    04-12431 GAO

## 04 12431 GAO

TO: (Name and address of Defendant)

     KENNETH VAN VOORHIS, JR.
     512 SOUTH MAIN STREET
     APARTMENT #6
     ATTLEBORO, MA    02703

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

     SAL J. GERMANI, ESQ.
     GERMANI & GERMANI, P.C.
     50 UNION STREET
     P. O. BOX 2178
     ATTLEBORO, MA    02703

an answer to the complaint which is served on you with this summons, within   twenty (20)   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                DATE   11-17-04

(By) DEPUTY CLERK

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

Bristol, ss.

November 26, 2004

I hereby certify and return that on 11/26/2004 at 02:55 pm I served a true and attested copy of the Summons and Complaint w/ Jury Demand & Civil Cover Sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of Kenneth Van Voorhis, Jr., 512 South Main Street Apt #6, Attleboro, MA 02703 and by mailing first class mail to the above-mentioned address on 11/26/2004. Copies ($4.00), Conveyance ($2.25), Travel ($1.60), Basic Service Fee ($30.00), Postage and Handling ($1.25), Attest Fee ($5.00) Total Charges $52.10

_____
Deputy Sheriff

Deputy Sheriff

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
              Date                Signature of Server

                              _____
                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.