**UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS**
**04 12431 GAO**
*AFFIDAVIT OF SERVICE OF SUMMONS, COMPLAINT AND JURY DEMAND IN A CIVIL ACTION*

ELIZABETH L. SHIELDS,                      PLAINTIFF(S)

-against-

KENNETH VAN VOORHIS, JR.,
JOSEPH ELETTO TRANSFER, INC. and
AA TRUCK RENTING CORPORATION,
                                           DEFENDANT(S)

NASSAU COUNTY, NEW YORK STATE: **GEORGE BROWN** being sworn, says: Deponent is not a party herein, is over 21 years of age and resides at NASSAU COUNTY, NEW YORK.

ON DECEMBER 3, 2004 at 12:20 P.M., at **445 NORTHERN BOULEVARD-SUITE 30, GREAT NECK, NEW YORK, 11021**, deponent served a true copy the within **TITLED SUMMONS, COMPLAINT AND JURY DEMAND bearing case #04 12431 GAO** on **JOSEPH ELETTO TRANSFER, INC**, therein named; by delivering a true copy of each to **MR. ED VAUGHAN**; deponent knew the person so served to be a THE COMPTROLLER of said corporation and a person authorized to accept process for the CORPORATION.

DESCRIPTION; MALE, WHITE SKIN, BROWN HAIR, 45YRS OF AGE, OVER 5'9"HEIGHT, 165LBS.

GEORGE BROWN LIC#798354

Sworn to before me this 4TH DAY OF DECEMBER 2004
JOAN BUONINCONTRO
NOTARY PUBLIC NEW YORK STATE
QUALIFIED NASSAU COUNTY #01BU6002570
COMMISSION EXPIRES MARCH 15, 2006

SIGNATURE   LB