_U.S. District_ COURT,   STATE _Massachusetts_ COUNTY OF _____

THE CITY OF NEW YORK
QUEENS COUNTY
OFFICE OF THE SHERIFF
AFFIDAVIT OF SERVICE

Docket # _04 12431 GAO_ - 9

_Elizabeth L Shields_

VS                          Petitioner

_Kenneth Van Voorhis_

                            Respondent

Sheriff's Case No. _1789_

STATE OF NEW YORK    )
COUNTY OF _Queens_   ) SS:

_Jeffrey Allen_, being duly sworn, affirms that he/~~she~~ is a Deputy Sheriff of the CITY OF NEW YORK, being over the age of eighteen years, is not a party to this action or proceeding, and served the annexed (Summons) and ~~(Petition/Notice)/(Complaint)/(Subpoena)~~ _December_ 20_04_, at approximately _10:49_ A.M./~~P.M.~~ at _2890 Review Ave_ in the above titled action or proceeding on the _8_ day of In the borough of _Queens_, County of _Queens_. Service was made upon _AA Truck Renting Corp._ the respondent/~~petitioner~~ in the following manner.

| | | |
|---|---|---|
| **PERSONAL SERVICE** | [ ] | By delivering to and leaving with _____, personally and a true copy thereof, said person being known as the person mentioned and described herein. |
| **ALTERNATE PERSON (RESIDENCE)** | [ ] | By delivering to and leaving with _____, a person of suitable age and discretion, who is _____ to the respondent /petitioner a true copy thereof. Said address is the dwelling place of the respondent /petitioner. |
| **ALTERNATE SERVICE (EMPLOYMENT)** | [ ] | By delivering to and leaving with _____, a person at the respondent's/ petitioner's place of employment:   (Title) _____ (name and address of employer) |
| **MAILED** | [ ] | By mailing a true there of to the respondent's/petitioner's last known address listed above/ as: _____ |
| **CORPORATION** | [✓] | By delivering to and leaving with, _Teri Schneider_, a true copy thereof. Said person stated he/ she was _ATA_, an agent authorized to accept service of legal process. |
| **STATUTORY FEE** | [ ] | At the time of service, a statutory fee of $_____ was left with the person mentioned and described herein. |
| **DESCRIPTION** | [✓] | The person served was a ( ) M ( ✓ ) and approximately: AGE _50_ HT _5'5"_ WT _120 lbs_ SKIN _White_   HAIR _Brown_ |

**NOTARY**
Sworn to (affirmed) before me
this _13_ day of _Dec_ 19 20_04_

_[signature]_
**JEFFERSON RODRIGUEZ**
Notary Public, State of New York
No. 01R06060236
Qualified in Queens County
Commission Expires Nov. 25, 20__

_[signature]_
DEPUTY SHERIFF

SHERIFF, NYC
QUEENS COUNTY DIVISION
144-06 94th AVENUE
JAMAICA, NY 11435