UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 JAN 21 P 1: 27
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| ELIZABETH L. SHIELDS, <br> Plaintiff | ) <br> ) <br> ) |
| v. | ) CASE NO. 04 12431GAO <br> ) |
| KENNETH VAN VOORHIS, JR., <br> JOSEPH ELETTO TRANSFER, INC. and <br> AA TRUCK RENTING CORPORATION, <br> Defendants | ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for the defendants, Kenneth Van Voorhis, Joseph Eletto Transfer, Inc. and AA Truck Renting Corporation.

_____
Paul R. Keane, BBO # 262880
Michael J. Keefe, BBO # 263751
Attorneys for the Defendants
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street, 7th Floor
Boston, MA 02114
617-227-3240

## CERTIFICATE OF SERVICE

I, Michael J. Keefe, counsel for the defendants, hereby certify that on the 19th day of January, 2005, I served the above document mailing a copy thereof, postage prepaid to Sal J. Germani, Esq., Germani & Germani, P.C., 50 Union Street, P. O. Box 2178, Attleboro, MA 02703.

_____
Paul R. Keane, BBO # 262880
Michael J. Keefe, BBO # 263751
Attorneys for the Defendants
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street, 7th Floor
Boston, MA 02114
617-227-3240