FILED
CLERKS OFFICE
2005 FEB 14 P 3:43
U.S. DISTRICT COURT
DISTRICT OF MASS.

**UNITED STATED DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**ELIZABETH L. SHIELDS,** )
**Plaintiff** )
)
)
**v.** ) **C.A. NO. 04-12431GAO**
)
)
**KENNETH VAN VOORHIS, JR.,** )
**JOSEPH ELETTO TRANSFER, INC.,** )
**AND AA TRUCK RENTING CORPORATION,** )
**Defendants** )

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

The Plaintiff, Elizabeth L. Shields respectfully opposes Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction.

In support of Plaintiff's Opposition, attached is Plaintiff's Affidavit marked "Exhibit A", her medical records marked "Exhibit B", and text marked "Exhibit C" relating to trauma and Spondyliolisthesis.

In conclusion, it is Plaintiff's position that she suffered more than just a lumber strain, that is, that the trauma of the subject accident played a role in precipitating the first painful symptoms of the spondyliolisthesis identified on x-ray. Consequently, Plaintiff respectfully requests that this Honorable Court deny the Defendant's Motion to Dismiss for the reason that

Plaintiff has set forth with sufficient particularity, facts indicating that, it is not a legal certainty that this claim involves an amount less than the jurisdictional amount.

THE PLAINTIFF
By her Attorney,

Sal J. Germani, Esquire
BBO #547991
Germani & Germani, P.C.
Attorney for Plaintiff
50 Union Street, P. O. Box 2178
Attleboro, MA 02703
(508) 222-5858
(508) 222-9906

2\shields\opposition to motion to dismiss

**CERTIFICATE OF SERVICE**

I, Sal J. Germani, Attorney for the Plaintiff, hereby certify that on this 10th day of February, 2005, I forwarded a copy of the within Opposition to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction to Defendant's counsel, Michael J. Keefe, Esquire, Martin, Magnuson, McCarthy & Kenney, 101 Merrimac Street, Boston, Massachusetts 02114-4716, via first class mail.

Sal J. Germani
Sal J. Germani

**AFFIDAVIT OF ELIZABETH L. SHIELDS**

I, Elizabeth L. Shields, being on oath, depose and say:

1. That on June 25, 2003 I was struck from behind by a large furniture delivery truck which I later learned was owned by Defendant, AA Truck Renting Corporation, maintained and/or controlled by the Defendant, Joseph Eletto Transfer, Inc. and operated by the Defendant Kenneth Van Voorhis, Jr.

2. That on the day of the accident I was transported by ambulance to Sturdy Memorial Hospital in Attleboro, Massachusetts.

3. That at the emergency room at Sturdy Memorial Hospital, I complained of mid back and low back pain.

4. That an x-ray of my back was performed at Sturdy Memorial Hospital which revealed a Grade II Spondyliolisthesis.

5. That I was told that the finding identified on x-ray is an underlying pre-existing condition, however, prior to the subject accident I had not experienced any pain and/or discomfort in the area identified on x-ray and it was only subsequent to the accident that I experienced back pain.

6. That I have not completely recovered and I am told that medically there is really nothing that can be done to repair my injury other than periodic physical therapy and home exercises.

Signed under the pains and penalties of perjury.

2-9-05
Date

Elizabeth Shields
Elizabeth L. Shields

2\shields\affidavit




September 24, 2003

Germani & Germani, P.C.
50 Union Street
Attleboro, MA 02703

In answer to your authorized request for a copy of a medical report, I hereby certify that the enclosed are photocopies of the true hospital record of Sturdy Memorial Hospital concerning the below captioned individual.

The records of Sturdy Memorial Hospital are kept pursuant to Mass. General Laws Chapter 111, Section 70.

Signed under the pains and penalty of purjury.

RE:
Shields, Elizabeth;
MR#32-74-47.
Emergency room report
from June 25, 2003.

Mary Barry, R.H.I.T.
Assistant Director
Medical Record Department

Susie Henry
Notary Public

My Commission Expires on
September 24, 2004.

211 Park Street, P.O. Box 2963, Attleboro, Massachusetts 02703-0963 Tel. 508-222-5200 Fax 508-236-7909
www.sturdymemorial.org



MEMORIAL HOSPITAL
PO Box 2963
211 Park Street
Attleboro, MA 02703-0963

# IMAGING REPORT

DEPARTMENT OF IMAGING
508-236-7750

327447
SHIELDS,ELIZABETH
06/20/1958 F DR: MUELLER MD
27820547 DEP ER 06/25/2003
ADDRESSOGRAPH

SECTION: EMERGENCY DEPT. RADIOLOGY

000575943 ERAD/SPINE LUMBOSACRAL

PERTINENT HISTORY: MVA, BACK PAIN

LS SPINE

CLINICAL HISTORY: ACUTE INJURY. BACK PAIN.

FINDINGS: AP AND LATERAL RADIOGRAPHS OF THE LS SPINE WERE OBTAINED. THERE IS NO COMPRESSION FRACTURE. THERE IS GRADE II SPONDYLOLISTHESIS OF L5 ON S1 BY APPROXIMATELY 1.2 CM. THERE ARE PROBABLY BILATERAL SPONDYLOLITIC DEFECTS. THERE IS MARKED NARROWING OF THE L5-S1 INTERVERTEBRAL DISC SPACE. ALL OF THE OTHER INTERVERTEBRAL DISC SPACES ARE WELL MAINTAINED.

***IMPRESSION: L5-S1: THERE IS GRADE II SPONDYLOLISTHESIS OF L5 ON S1 AND THERE ARE PROBABLY BILATERAL SPONDYLOLITIC DEFECTS. THERE IS MARKED NARROWING OF THE INTERVERTEBRAL DISC SPACE.***

Interpreted and Dictated By:
Reported By: KENNETH KAPLAN, MD

Report Reviewed And Signed By:

K. Kaplan, M.D.
______________________________

CC:

Technologist: RAD.HYB
Transcribed Date/Time: 06/25/2003 (0934)
Transcriptionist: RAD.MH
Printed Date/Time: 06/25/2003 (1401) Batch No: 849



Form No. 7320-001-P-M Rev. 12/96

IMAGING CONSULTATION

STURDY MEMORIAL HOSPITAL, INC.
ATTLEBORO, MA 02 963

EMERGENCY CARE CENTER

TIME IN 0643

ACCT. # 27820547 | MR # 32744/ | SERVICE DATE 06/25/03 | ACCIDENT DATE / TIME 06/25/03 | INT. BY BC

PATIENT INFORMATION

PATIENT NAME / ADDRESS / PHONE / SS #
SHIELDS,ELIZABETH
3595 POST ROAD APT 20106
WARWICK, RI 02886
401-236-3628 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

DATE OF BIRTH 06/20/58 | AGE 45 | SEX F | RACE C | M/S S | VET. N | RELIGION

WHERE OCCURRED | REASON FOR VISIT MVA

PREV. SER. N | MAIDEN NAME / OTHER

~~MEDICARE A & B~~ 22 2245

NOTIFY IN EMERGENCY / ADDRESS / PHONE / RELATIONSHIP
SHIELDS,LAURA
.
.,. 77777
401-527-1233 SISTER

,
037402096 SHIELDS,EL SELF

~~UNITED HEALTH PLAN OF N.E.~~
PO BOX 659768
SAN ANTONIO,TX 78265-9768 SHIELDS,EL
037402096 51001 SELF

GUARANTOR NAME / ADDRESS / PHONE / SS #
SHIELDS,ELIZABETH
3595 POST ROAD APT 20106
WARWICK,RI 02886
401-236-3628 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

ADVANCED MEDICAL DIRECTIVE INFORMATION / EFFECTIVE DATE

ECC PHYSICIAN ~~608 PERRY MD,ROBERT P~~ | PRIMARY CARE PHYSICIAN UNKNOWN,DOCTOR N | CLINICAL SCREEN | BROUGHT IN BY ATTLE AMB

PATIENT'S EMPLOYER NAME / ADDRESS / PHONE / OCCUPATION
UNKNOWN

PLEASE REFER TO PHARMACY SHEET
FOR ALL ALLERGY INFORMATION

SPECIAL INSTRUCTIONS

The examination and treatment you have received in the Emergency Care Center (ECC) at Sturdy Memorial Hospital has been rendered on an EMERGENCY basis only and is not intended to replace definitive medical evaluation nor be an effort to provide complete medical care. Since it is often impossible to recognize and treat all elements of an injury or illness at a single emergency visit, it is important that you contact the physician below when instructed to do so. PLEASE CONTACT US IF YOUR CONDITION WORSENS OR YOU CANNOT CONTACT YOUR DOCTOR. WE ARE HERE 24 HOURS A DAY.

SPECIAL INSTRUCTIONS SHEET(S) GIVEN: ☐ Wound Care ☑ Back Care ☑ Sprain/FX ☐ Fever ☐ Abdominal Pain ☐ Chest Pain ☐ Head Injury ☐ Cervical Strains ☐ Vom./Diarr. ☐ Acute Viral Illness ☑ MVA ☐ Burn Care ☐ Ear Infection ☐ Eye FB/Injury ☐ Corneal Injury ☐ Conjunctivitis ☐ Dizziness ☐ Short of Breath ☐ Tetanus ☐ Other: ________

☐ Suture Removal in approx. ________ days
☐ Re-check in ________

Call (today / tomorrow / ________ (if not improved)) to make an appointment with: Dr. your PCP
to be seen within 2 wks for follow-up care

CALL SOONER OR RETURN TO THE EMERGENCY DEPARTMENT ANYTIME, AS NEEDED - 508-236-7000 (EMERGENCY CARE CENTER)

SERVICES RENDERED

EMERGENCY SERVICES RENDERED:

☐ Medication(s) administered: ________ ☐ Tet Toxoid ☐ Td ☐ Hypertet ☐ Lab tests (sent with pt)

STRICTLY CONFIDENTIAL

EKG (Emergency reading only) ________

☐ Case Management Referral/Consultation
☐ VNA or other Home Care Referral

(Preliminary reading only, radiologist will officially read within 24 hours)

ACTIVITY

WORK / ACTIVITY STATUS
☐ Return to regular work/activity Date: ________
☐ No gym activity for ________ days.
☐ Modified work, if available (describe below)
☐ Unable to return to work/school for ________ days.

OTHER INSTRUCTIONS

Medication(s) prescribed:

☐ DO NOT DRIVE, DRINK ALCOHOL OR OPERATE DANGEROUS MACHINERY WHILE ON THIS MEDICATION.

Other Instructions: Naproxen, warm compresses. Return for concern

SIGNATURES

I have discussed these instructions with the patient and appropriate family members, when indicated, and believe that they are understood

M.D. / R.N. [signature]

I acknowledge receipt and understanding of the instructions above. I understand that I have received EMERGENCY TREATMENT ONLY and that I may be released before all of my medical or surgical conditions are known or treated. Definitive care or diagnosis will be rendered by complying with follow-up instructions. I will arrange follow-up care as instructed above and I authorize copies of this report be made available to the practitioner(s) or medical organization responsible for follow-up care. I have no further questions regarding the above instructions.

PATIENT / GUARDIAN X Elizabeth Shields DATE 6/25 TIME 840

BO. Rpt BO. MR

FORM NO.

STURDY MEMORIAL HOSPITAL
P.O. Box 2963
211 Park Street
Attleboro, MA 02703-0963

UNKNOWN, DOCTO. PT AGE 45 06/25/03

# ECC CLINICAL RECORD

__ Private MD

Pt. Name: Elizabeth Shields | DOB: 6-20-58 | Age: 45 | Sex: F | Date | Triage Time: 0645

Pt. Complaint: Back pain - mvc | QC __ Initials:

Medications: ✓ None

**Triage Notes:** ______ Onset of symptoms/Time of injury

Information provided by: ✓ pt. Other: EMS

Deaf woman - c/o back pain - rear end Impact - Denies LOC - moves upper extremities. Full spinal immobilization. Pain c elevation of legs. Points to back - pain in mid back. Demonstrated on Nurses back.

Allergies: ✓ NKA

Herbals/Vitamins/Alternative Tx: ✓ None

**(MVA)** ✓ per EMS __ per pt.
__ NA ✓ driver __ passenger: __ front __ back __ right __ left
✓ Seatbelt __ Car seat? __ Airbag?
__ Rollover __ Ejected
__ Windshield starred ✓ C-collar by (EMS)/RN
__ Steering wheel bent ✓ Spine immob. by (EMS)/RN
Damage to vehicle? Rear end

**Triage Intervention** ✓ None
__ Ice __ Wound cleaned
__ Dressing __ Splint __ Sling
__ $O_2$ @ __ L __ Eye irrigation
__ Elevation Other: ______

**Vital Signs** Wt. ______ kg
Temp 98.4 po FHR ______
Pulse 106 FSBS ______
Resp. 28 B/P 147/88
$SpO_2$ 97 (% RA) or __ $O_2$

**ABC's**
✓ Patent **Airway** __ Stridor __ Obstructed __ Drooling
✓ WNL **Breathing** __ SOB __ Labored Cough ______
✓ WNL **Skin** __ Flushed __ Pale __ Yellow __ Mottled
✓ Warm __ Hot __ Cool
✓ Dry __ Moist __ Diaphoretic
__ Rash** ______
✓ None **Bleeding** __ controlled __ uncontrolled
Location: ______
✓ NA **Monitor Rhythm** ______

**Past Medical History** Smoker ____ ppd x ____ yrs.
__ None __ HTN __ Cardiac __ NIDDM __ IDDM __ Asthma
PMH Details: Deaf.
__ No Δ / Unexplained wt. Δ in last 6 mo, ≥ 20 lbs. __↓ __↑
__ UTD Immunizations: __ Not UTD* __ Last Td >5 yrs. __ Unknown
(Denies) Pregnancy LMP ?
✓ No - Breast feeding? Yes
✓ No - Interpreter needed/Language? ______
✓ No - Disabilities/Barriers to learning? ______

**Neurological**
✓ Awake - Responds to: __ Verbal __ Pain __ Unconscious
✓ Oriented x3 __ x2 __ x1
__ NAD Affect: __ Withdrawn __ (Anxious) ✓(Crying)
__ Combative __ Hostile

**Extended Neuro Eval**
✓ NA PERRL yes no* Abnormality: ______
Facial droop: __ none __ right __ left
Arm strength: __ normal R / L weak R / L limp
Leg strength: __ normal R / L weak R / L limp

**Pain Scale**
UTD Adult (0-10) Location Back.
__ Pedi (0-5) Quality Hurts __ Trauma: ✓ Yes __ No
Alleviation No
Aggravation No

**GU**
✓ NA __ Frequency __ Urgency __ Dysuria __ Incontinence
__ Urethral /Vaginal discharge __ Hematuria
__ Indwelling Foley catheter

**GI**
✓ NA Abd** __ Soft __ Rigid __ Distended __ Pregnant __ Obese
Last BM ______ __ Constipation __ Nausea
Vomiting ______ x's in ______ hrs.
Diarrhea ______ x's in ______ hrs.

**Orthopedic** Multiple orthopedic injuries**
✓ NA Extremity ______
Color ______ Extremity T° ______
(+/-) __ Sensation __ Distal Pulse __ Capillary refill
__ Swelling __ FROM or __ ROM ⇩ 2° to pain

**Reported/Suspected Abuse/Risk Assessment**

| | | | |
|---|---|---|---|
| Domestic Violence | Yes* (No) | Suicidal/Homicidal | Yes* (No) |
| Elder Abuse/Neglect | Yes* (No) | Risk for Violence | Yes* (No) |
| Child Abuse/Neglect | Yes* (No) | Risk for Falls | Yes* (No) |
| Disabled Abuse/Neglect | Yes* (No) | | |

***Items circled: require further documentation & action**
****Items circled: see nurses notes**

**Nurse Signature**: D [signature]

**Triage Category**: 3 **MD Time**: ______

**MD Signature**: ______

Continued on page ______

8525-005-P-M 2/01

Original - Medical Records; Green - ER; Yellow - Billing

STURDY
MEMORIAL HOSPITAL
211 Park Street
P.O. Box 2963
Attleboro, MA 02703-0963

EMERGENCY CARE CENTER
DICTATED REPORT

32-74-47
SHIELDS, ELIZABETH
06/20/58 F
[illegible]-7 REG ER 06/23/03
UNKNOWN, DOCTOR
PT AGE 45

Addressograph

45 y/o ♀ s/p MVA c/o lower back pain

HPI - ~1° PTA restrained rearended @ unknown speed

no head trauma neck/chest or abd pain.

[illegible]

PE

PE vitals
HEENT [illegible]
neck [illegible] NT

Chest/Abd [illegible] NT

Back - [illegible] tenderness [illegible]

Rx: Acute Back Strain

[illegible]



STURDY MEMORIAL HOSPITAL
211 Park Street
Attleboro, MA 02703-0963

32-74-47
SHIELDS,ELIZABETH
06/20/58 F
2792034-7 REG ER 06/25/03
UNKNOWN,DOCTOR
PT AGE 45

# ECC ORDER SHEET

Date: ___ Page ___

| | | | |
|---|---|---|---|
| Patient: | Bed: K | Pregnant: __ Yes __ No | Initial time: 7:05 |
| Transport: __ Ambulatory __ Wheelchair ✓ Stretcher | | ALLERGIES: | |
| Patient Complaint: MVA | | | |

| | Add On (Time) | Initial Order (S) | Order | Add On (Time) | Initial Order (S) | Order |
|---|---|---|---|---|---|---|
| | | | Old Records | | | Old X-rays |
| EKG | | | EKG: ♥ Meds: Diuretics: | | | |
| LAB | | | \ECPP - Chest Pain Protocol | | | \ESFP - Cerebro-spinal fluid |
| | | | TI – Troponin I | | | \ESFP.PD - Pedi cerebro-spinal fluid |
| | | | CPK | | | HCG - Serum pregnancy |
| | | | \ETP - Thrombolytic Protocol | | | BSU - Quantitative pregnancy (beta sub unit) |
| | | | CBC | | | DIG - Digoxin level |
| | | | ER - BUN, Lytes, Glu, Cr, Cal | | | VAL – Depakote level |
| | | | | | | DIL - Dilantin Level |
| | | | AMYL/LIP – Amylase/ Lipase | | | SAL/ACTMN - ASA/Salicylates / Tylenol Time for ACTMN to be drawn: |
| | | | LFTs - Alb, Bilit, Alkp, SGPT, SGOT, Bilid, GGT | | | DRGU – Urine Toxicology |
| | | | MG – Magnesium | | | ETOH |
| | | | GLUM - Finger stick glucose | | | ABG - Blood Gases $O_2$@ ___ L or RA |
| | | | PROX/PTT - Protime / PTT Anticoagulants: | | | UHCG - Urine pregnancy |
| | | | DIMER – D-dimer | | | U - Urinalysis |
| | | | ESR – Sed rate | | | ERU - ER Urine dip |
| MIC | | | SS - Strep Screen | | | UC - Urine cult./sens. : __Clean catch __Cath |
| | | | BC - Blood culture | | | GENPRB - GC/Chlamydia |
| | | | | | | KOH & WP - Wet Prep |
| ERAD | | | CXR -- routine chest x-ray | | | SCA - C-spines |
| | | | PEXC1 - Portable chest x-ray | | | AM – Abdomen series |
| | | | | | | KUB |
| ECT/ US | | | ECT - Cat Scan test: | | | US – Ultrasound test: |
| | | | Reason: | | | Reason: |
| BBK | | | TS - Type & screen | | | GRH - Type & RH |
| | | | PC - Packed cells /x-match x___units | | | |
| Other Lab/ Xray Orders | | | LS Spine EA | | | |

| | Time | Respiratory Treatments & Other Orders | Time | Signature |
|---|---|---|---|---|
| Resp. Treatments & Other Orders | | | | |
| | Diet order: | | Diabetic Meds?: | |

MD Signature: [signature]

Continued on page ___

Blue Original - Medical Records; Green - ER; Yellow - Billing

6711-036-P-M 2/01



STURDY
MEMORIAL HOSPITAL
P.O. Box 2963
211 Park Street
Attleboro, MA 02703-0963

32-74-47
SHIELDS, ELIZABETH
06/05/58 F
REG ER 06/25/03
PT AGE 45

# ECC NURSES NOTES

Date: ____________ Page 1

| Time | Temp | Pulse | Resp. | B/P | Pain | Monitor Rhythm | $SpO_2$ / $O_2$ Support | Time | Temp | Pulse | Resp. | B/P | Pain | Monitor Rhythm | $SpO_2$ / $O_2$ Support |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0735 | | 93 | | 124/79 | 1 | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| I.V. # | I.V. Amt | Solution | Med Added and Dose | Needle Size | Flow Rate | Site | Time Started | Started By | Time Ended | Intake | Output |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

## IV and Medication Orders

| Time | Medication | Dose | Route | MD Signature | Time | Site | Nurse Signature |
|---|---|---|---|---|---|---|---|
| | T. Shield | T. Sm | PO | [illegible] | 0835 | po | E. Aicher RN |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Time | Primary Nurse:

0645 Triaged in room #R. A&O x3. Deaf, [illegible] [illegible]. Triaged c written questions. [illegible]
0700 Call to "Jane" [illegible], unable to reach her [illegible] + Texas [illegible]. [illegible]
0705 Dr. [illegible] to [illegible]. Collar + back board removed. by Dr. [illegible]
0707 Police officer in instructing pt on follow up. E. Aicher RN
0735 Pt returned from x-ray. Friend @ bedside. Pt semi fowlers. States comfortable. E. Aicher RN
0805 Amb to BR to vd. E. Aicher RN
0830 Awaiting dispo. Ice water given thru interpreter pt request. ASA [illegible] MD advised E. Aicher

Notification: __Clergy __Social Service __Family __M.E. __Police

Disposition: __Home Transfer to: ____________ __Eloped __LWBS
Time admit called: ________ Time pt. transferred: ________ Floor: ________

Learning Needs: Patient/Significant other: ____________ ready to learn? __Yes __No* (*Further documentation required)
__Asks questions __Knowledge deficit re: disease/injury __Demo. incorrect technique* __Denies need for education*

Instructions: __Discussion __Demonstration __Handout __Provided/ read to patient and/ or SO Time of Discharge: ________
__Verbal Understanding __Return Demonstration Signature of person discharging: ____________

STURDY MEMORIAL HOSPITAL
P.O. Box 2963
211 Park Street
Attleboro, MA 02703-0963

33-74-47
SHIELDS, ELIZABETH
05/20/50 F

# ECC NURSES NOTES

Date: ____ Page ____

| Time | Temp | Pulse | Resp. | B/P | Pain | Monitor Rhythm | SpO2 / O2 Support | Time | Temp | Pulse | Resp. | B/P | Pain | Monitor Rhythm | SpO2 / O2 Support |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| I.V. # | I.V. Amt | Solution | Med Added and Dose | Needle Size | Flow Rate | Site | Time Started | Started By | Time Ended | Intake | Output |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

## IV and Medication Orders

| Time | Medication | Dose | Route | MD Signature | Time | Site | Nurse Signature |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Time | Primary Nurse: |
|---|---|
| 8[illegible] | Reviewed disch instructions |
| | c pt through interpreter. Good |
| | understanding C Matlock |

Notification: __Clergy __ Social Service __ Family __M.E. __ Police

Disposition: __Home Transfer to: ____ __Eloped __ LWBS
Time admit called: ____ Time pt. transferred: ____ Floor: ____

Learning Needs: Patient/Significant other: ____ ready to learn? __Yes __No* (*Further documentation required)
✓ Asks questions __Knowledge deficit re: disease/injury __Demo. incorrect technique* __Denies need for education*

Instructions: ✓ Discussion __ Demonstration __ Handout __Provided/ read to patient and/ or SO Time of Discharge: 845
✓ Verbal Understanding __Return Demonstration Signature of person discharging: C Matlock

8525-006-I-M 11/02, 3/03

# REGION V STANDARD AMBULANCE REPORT FORM

DATE: 6-25-03 | SERVICE / AGENCY: Attleboro F.D. | RUN NO.: 2710 | C-MED NO.: | 953 30 | Med.Rec. # | Pg. 1 of ____

NAME: Elizabeth Shields

HOME ADDRESS: 3595 Post rd #20106

TOWN: Warwick STATE: RI ZIP: 02886

INCIDENT ADDRESS: South Main e Foster

RESPONSIBLE PARTY / EMPLOYER:

| CREW MEMBERS | CERT. | CERT. NO. |
|---|---|---|
| 1. (D) McCracken | | |
| 2. | | |
| 3. Brogan | | 844418 |
| 4. | | |
| 5. | | |

SS #: TELEPHONE #: ( ) 236-3628

INSURANCE: Medicare POLICY NUMBER: 5100037402096 00

| | Time |
|---|---|
| Call Received | 0623 |
| Dispatched | 0623 |
| Responding | 0623 |
| On Scene | 0626 |
| Leave Scene | 0636 |
| At Hospital | 0643 |
| In Quarters | 0652 |
| Other Emergency Response Agencies At Scene | E-5 |

Mileage Start: | Mileage End: | Total Mileage: 2.4 | Dept. Use:

PRIORITY: AGE: 45 D.O.B. MO 6 DAY 20 YR 58 M (F)

LOCAL MD: REASON FOR CALL: MVA

CLINICAL IMPRESSION:

ALLERGIES: ☑ UNK ☐ NKA ☐ LATEX

Pt. is Deaf - Sister - 5271233

MUTUAL AID ☐ GIVEN ☐ RECEIVED

MEDICATIONS: ☑ UNK ☐ NONE

HISTORY: ☐ ASTHMA ☐ CA ☐ CARDIAC ☐ COPD ☐ DIABETES Other: ☐ HIGH BP ☐ PSYCH ☐ SEIZURE ☐ STROKE / CVA / TIA

CC-DNR

NARRATIVE: U/A found 45 y/o F sitting in Drivers seat of car that was struck by a furniture Delivery Vehicle in the rear - pt was conscious and in obvious pain - pt collared and Extracted to long bd. and to rescue pt is Deaf and communications slow - able to get pain on entire length of spine - Ø other complaints - vitals below - transport to SMH Ø Δ's

| EYES OPEN | VERBAL RESPONSE | MOTOR RESPONSE | GLASGOW COMA SCALE | RESPIRATIONS | SYSTOLIC BP | CONVERTED GCS | REVISED TRAUMA SCORE |
|---|---|---|---|---|---|---|---|
| (4) Spontaneously<br>3 To Voice<br>2 To Pain<br>1 No Response | (5) Oriented<br>4 Confused<br>3 Inappropriate<br>2 Incomprehensible<br>1 None | (6) Obeys Command<br>5 Localizes Pain<br>4 Withdrawn in Pain<br>3 Flexion 2 Extension<br>1 None | | 4 10 to 29<br>3 30 or More<br>2 6 to 9<br>1 1 to 5<br>0 None | 4 90 or More<br>3 76 to 89<br>2 50 to 75<br>1 1 to 49<br>0 None | 4 GCS of 13 to 15<br>3 GCS of 9 to 12<br>2 GCS of 6 to 8<br>1 GCS of 4 to 5<br>0 GCS of 3 | |

VITAL SIGNS

| TIME | LOC | PULSE | BP | RESP | PUPILS | SKIN | EKG | PULSE OX | EMT | DEF / CAR / PAC | SET |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | (A) V P U | 100 | 156/96 | 18 | Perl | w/D | | | | D C P | |
| | A V P U | | | | | | | | | D C P | |
| | A V P U | | | | | | | | | D C P | |
| | A V P U | | | | | | | | | D C P | |
| | A V P U | | | | | | | | | D C P | |

MEDICATION AND TREATMENT THERAPY

| TIME | PROCEDURE / MEDICATION | EMT | DOSE / RATE | ROUTE | LOCATION | TIME | PROCEDURE / MEDICATION | EMT | DOSE / RATE | ROUTE | LOCATION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Oxygen | | LPM | C M NRB BV | | | | | | | |
| | IV – Gauge: | | | Attempts | | | | | | | |
| | | | | | | | Advanced Airway | | Attempts | | |
| | | | | | | | Blood Glucose | | Blood Drawn Y N | | |

DATA COLLECTION

☐ Abdominal Pain ☐ Allergic ☐ Altered LOC ☐ Behavioral / Psychiatric ☐ Bleeding ☐ Burns ☐ Cardiac ☐ Cardiac Arrest ☐ Chest Pain ☐ CVA / Stroke / TIA ☐ Dehydration / Hypovolemia ☐ Diabetic Emergency ☐ Dizziness ☐ DOA, Obvious Death ☐ Drowning / Near Drowning ☐ Electrocution ☐ General Illness ☐ Hyperthermia / Heat Exposure ☐ Hypothermia / Cold Exposure ☐ Injury, Closed Head ☑ Injury, Orthopedic ☐ Injury, Soft Tissue ☐ Injury, Other ☐ Multi-Trauma ☐ Nausea / Vomiting ☐ Neuro / CNS Injury ☐ No Complaint ☐ Obstructed Airway ☐ Obstetric / Gyn Emergency ☐ Overdose ☐ Pain, Not Otherwise Spec. ☐ Poisonings ☐ Respiratory ☐ Seizures ☐ Sepsis ☐ Syncope ☐ Other Problem

COMMUNICATIONS

TIME: | C-MED CHAN. | VHF | CELLULAR ✓ | HOSPITAL SMH

DISPOSITION

TREAT & ☐ Transport by EMS ☐ Transport by POV ☐ Transfer by ____ to ____

NO CARE: ☐ Refused ☐ Cancelled ☐ Diverted ☐ DOA ☐ No Pt ☐ Other ____

| NAME | REPORT COMPLETED BY | ATTENDANT IN CHARGE | RECEIVED BY | MED. CONTROL PHYSICIAN |
|---|---|---|---|---|
| Printed | Gerald F. Brogan | | | |
| Signature | X [signature] | Same | | |

Dept Use



ORTHOPEDIC GROUP, INC.

ORTHOPEDIC GROUP, INC.

**Patient:** Elizabeth Shields **Date of Birth:** 06-20-1958 **Visit Date:** Jul 21, 2003 03:37 PM
**Providers:** John J Poggi, M.D. **PCP:** John J. Poggi, MD **Location:** AOG

## SUBJECTIVE

***Room***

Patient is arrived and roomed.

***OR Initial Chief Complaint Lumbar***

Ms. Shields presents for evaluation of an injury to her upper lower back. She was involved in a motor vehicle accident.

***OR Initial History of Present Illness Lumbar***

The injury occured on 06/25/03. Apparently, she was the driver in her car awaiting to make a left hand turn when she was struck from behind by a large delivery truck. She was brought to the Sturdy Emergency Room where x-rays apparently were obtained. She was advised to take over-the-counter Motrin and Tylenol. She denies any prior injury to her back or to her neck prior to this accident. She denies any bowel or bladder symptoms, nor does she note any weakness of either lower extremity. She does describe some occasional paresthesia to one or the other of her upper extremities depending on which side she lies at night. She denies any paresthesia to either lower extremity.

***PMSFSHXROS BLUE REFERRAL***

Past medical history, past surgical history, allergies, medications, review of systems, social history, and family history were all reviewed with the patient in detail and are as documented on the OGI Intake Form filled out on the day of the initial visit. A copy of this form is included in the electronic medical record for immediate access or in the paper chart (if still being kept for this patient). It should be noted that all elements that are not circled on the form were discussed with the patient and are either negative or not present.

## OBJECTIVE

***OR Lumbar Spine Exam***

The patient is a moderately overweight WDWN Caucasion female. She is deaf but has an interpreter/signer with her. She is able to arise from a seated position without difficulty. The patient's gait is nonantalgic and heel to toe bilaterally. Evaluation of heel walking reveals it to be 5/5 bilaterally. Her toe walking is 5/5 bilaterally. Evaluation of the stance shows there to be a level pelvis. The SI Joint is symmetric and nontender bilaterally. Lumbar lordosis is normal. Flexion was noted to be 60 degrees. Extension was 20 degrees. There was tenderness to palpation over the L/S junction on the left. She had no tenderness along the lumbar spine, nor was there tenderness over either SI joint. She had no tenderness in either buttock region, nor did she have any tenderness over either trochanteric region. Motor strength testing bilaterally in the T12-S1 distribution was normal, showing 5/5 strength in all muscle groups. Light touch in the L4-S1 distributions was normal bilaterally, as well. Knee jerk and ankle jerk reflexes were normal and symmetric. The left lower back symptoms were recreated with supine straight leg raise on the left at 70 degrees. She had negative SLR on the right to 75 degrees. Her exam was notable for bilateral hamstring tightness. The hip, knee, and ankle ROM is normal bilaterally. She had negative figure-of-four test bilaterally and negative piriformis stretch test bilaterally.

***OR Neck/UE Initial Physical Exam***

Normal neck conture and posture. There is no overlying swelling, erythemia, rash. Range of Motion of the cervicle spine reveals full flexion, extension, rotation, lateral bending. without apparent pain or discomfort. There is no tenderness to palpation of the spine, bony landmarks, surrounding soft tissue. The distal neurovascular examination is normal with good distal sensation and pulses. DTR's are equal and symmetric. She did have a trace of discomfort with left > right tilt in the left posterior neck region. She also has some mild discomfort in the left medial periscapular muscles but not on the right.

***OR Lumbar X-ray Review***

The following plain films were reviewed: AP/Lat of the lumbo-sacral spine. These demonstrated a Grade II spondylolisthesis of L5 on S1 with significant narrowing of the L5-S1 disc space. The remaining disc spaces were all preserved. There was no evidence of lytic lesions identified. There was bilateral spondylolytic defects at L5. No





150 Emory St. Attleboro, MA 02703

Phone: (508) 222-4450 Fax: (508) 226-6465

other fractures were identified.

---------- Electronically Signed by J. Jeffrey Poggi, MD ---------.

**ASSESSMENT**

DIAGNOSIS #1: spondylolisthesis L5/S1. DIAGNOSIS #2: lumbar strain. Left thoracic paraspinal strain.

Strain Sprain, (Ligament,Muscle) Lumbar 847.2
Strain Sprain, (Ligament,Muscle) Thoracic 847.1
Spondylolisthesis Traumatic 738.4

**PLAN**

***OR LUMBAR PLAN***

The treatment options are reviewed with the patient through her interpreter. She will continue her present medications and apply heat or heat alternating with ice to the areas of discomfort as necessary. She will be started in physical therapy both for her upper and lower back symptoms. Follow up: 6 week(s). We will obtain lateral flexion-extension views of the lumbar spine on her return.

***Medication Plan***

Maintain Current Medication Plan.

**ADDITIONAL ADDENDA**

Jul 27 2003 9:58PM (Poggi, John) - Faxed Note To: PCP (Poggi, MD, John) - 508-226-6465

This note has been electronically signed by John J Poggi, M.D.

John J Poggi, M.D.



amicore
150 Emory St. Attleboro, MA 02703
Phone: (508) 222-4450 Fax: (508) 226-6465

©2002 All Rights Reserved

ORTHOPEDIC GROUP, INC.

OGI

ORTHOPEDIC GROUP, INC.

**Patient:** Elizabeth Shields **Date of Birth:** 06-20-1958 **Visit Date:** Jul 31, 2003 08:39 AM
**Providers:** Christopher Edmundson **PCP:** John J. Poggi, MD **Location:** LOG

## SUBJECTIVE

***Physical Therapy Presentation - Lumbar Spine***

Elizabeth presents for evaluation of her lumbar spine. She was involved in a motor vehicle accident. Hit from rear-end on June 25th. Pain is in left low-back, buttock and posterior upper leg. Pain is 6-7/10. Difficulty laying down, sitting > 20-30 min, walking > 1/2 hour. Pt also reports some mild pain in upper back. Pt is deaf and sister Laura typically translates.

***Occupational History***

The patient is presently unemployed.

## OBJECTIVE

***General Appearance***

Pt is a deaf caucasion female. She has limited reading and writing skills.

***OR Lumbar Spine Exam***

Flexion was noted to be 60 degrees. Extension was 20 degrees. Lateral bending was moderately restricted on the left and mildly restricted on the right. Rotation was moderately restricted on the left and mildly restricted on the right. There was tenderness to palpation over the iliolumbar region on the left and the left L/S junction and the SIJ. The motor exam of the lower extremities is 5/5 bilaterally. The patient has normal discrimination to light touch in the lower extremities. The straight leg raise test causes low back pain on the left bilaterally. The hip, knee, and ankle ROM is normal bilaterally. Pt appears to have moderate trunk weakness and breaks under mild-moderate resistance in all directions.

OR Lumbar X-ray Review:

The following plain films were reviewed: AP/Lat of the lumbo-sacral spine. These demonstrated a Grade II spondylolisthesis of L5 on S1 with significant narrowing of the L5-S1 disc space. The remaining disc spaces were all preserved. There was no evidence of lytic lesions identified. There was bilateral spondylolytic defects at L5. No other fractures were identified.

## ASSESSMENT

Strain Sprain, (Ligament,Muscle) Spine, Lumbar 847.2
Strain Sprain, (Ligament,Muscle) Thoracic 847.1
Spondylolisthesis Traumatic 738.4

Symptoms typical of lumbosacral strain. Pt also has radiologically confirmed spondylolisthesis. Pt has limitations of pain, ROM and strength. Will benefit from PT to address these issues.

STG's (2 weeks)
1. Independent and compliant with HEP
2. > 75% right rotation and lat flexion
3. Pt will tol walking 1 hour

LTG's (8 weeks)
Pain < 2/10 and full trunk ROM to allow for unimpaired completion of ADL's.

## PLAN

***Physical Therapy Rehabilitation Plan***

Patient is to be seen 2 times per week for the next 8 weeks.

***Physical Therapy Progress Note***

Elizabeth's additional treatment plan will consist of Hot or Cold Packs, Electrical Stimulation, Strengthening



amicore ©2002 All Rights Reserved

6 Blackstone Valley Pl, Ste 530, Lincoln, RI 02865
Ph: (401) 334-3700 Fax: (401) 334-3414

exercises, Therapeutic Activities, Home Exercise Program, Self Care Home Management Training, Myofascial Release/Soft Tissue Mobility (MT), Joint Mobilization (MT) and Range of motion exercises.






©2002 All Rights Reserved

6 Blackstone Valley Pl, Ste 530, Lincoln, RI 02865
Ph: (401) 334-3700 Fax: (401) 334-3414

ORTHOPEDIC GROUP, INC.

OGI

ORTHOPEDIC GROUP, INC.

**Patient:** Elizabeth Shields **Date of Birth:** 06-20-1958 **Visit Date:** Aug 04, 2003 04:47 PM
**Providers:** Christopher Edmundson **PCP:** John J. Poggi, MD **Location:** LOG

## SUBJECTIVE

***Physical Therapy Presentation - Lumbar Spine***

Elizabeth presents for follow-up of her thoracolumbar spine.

## OBJECTIVE

***Therapy Treatment***

Treatment rendered was Manual Therapy, Myofascial Release/Soft Tissue Mobility (MT), Home Exercise Program and Therapeutic Activities. Pt did not respond well to manual interventions secondary to guarding and pain. Will benefit from a "hands off" approach at this time with progressive strengthening and stabilization exercise.The plan is to progress the therapy regimen.





©2002 All Rights Reserved

6 Blackstone Valley Pl, Ste 530, Lincoln, RI 02865
Ph: (401) 334-3700 Fax: (401) 334-3414

ORTHOPEDIC GROUP, INC.

OGI

ORTHOPEDIC GROUP, INC.

**Patient:** Elizabeth Shields **Date of Birth:** 06-20-1958 **Visit Date:** Aug 07, 2003 08:20 AM
**Providers:** Christopher Edmundson **PCP:** John J. Poggi, MD **Location:** LOG

## SUBJECTIVE

***Physical Therapy Presentation - Lumbar Spine***

Compliant with HEP.

## OBJECTIVE

***Therapy Treatment***

Treatment rendered was Hot and/or Cold Packs, Electrical Stimulation, Strengthening exercises and Therapeutic Procedures. UE and LE isometric stabilization exercise, bridging, prone hip ext, stab exercises on ball.The plan is to progress the therapy regimen.




©2002 All Rights Reserved

6 Blackstone Valley Pl, Ste 530, Lincoln, RI 02865
Ph: (401) 334-3700 Fax: (401) 334-3414

ORTHOPEDIC GROUP, INC.

ORTHOPEDIC GROUP, INC.

**Patient:** Elizabeth Shields **Date of Birth:** 06-20-1958 **Visit Date:** Aug 14, 2003 09:24 AM
**Providers:** Christopher Edmundson **PCP:** John J. Poggi, MD **Location:** LOG

## SUBJECTIVE

***Physical Therapy Presentation - Lumbar Spine***

HEP is becoming a bit easier. Felt better after estim and heat last visit.

## OBJECTIVE

***Therapy Treatment***

Treatment rendered was Electrical Stimulation, Hot and/or Cold Packs, Strengthening exercises and Therapeutic Activities. stationary bike x 2 min, stabilization isometrics in hooklying, standing body blade stabilization.The plan is to continue the current therapy regimen.





©2002 All Rights Reserved

6 Blackstone Valley Pl, Ste 530, Lincoln, RI 02865
Ph: (401) 334-3700 Fax: (401) 334-3414

ORTHOPEDIC GROUP, INC.

OGI

ORTHOPEDIC GROUP, INC.

**Patient:** Elizabeth Shields **Date of Birth:** 06-20-1958 **Visit Date:** Aug 18, 2003 03:55 PM
**Providers:** Christopher Edmundson **PCP:** John J. Poggi, MD **Location:** LOG

## SUBJECTIVE

***Physical Therapy Presentation - Lumbar Spine***

No significant improvements in symptoms to date.

## OBJECTIVE

***Therapy Treatment***

Treatment rendered was Strengthening exercises, Therapeutic Activities, Hot and/or Cold Packs and Electrical Stimulation. Stationary bike x 3 min, hooklying LE isometrics, body blade in hooklying, wall slides x 6, hooklying b/l shld flexion with 2lb wt.The plan is to progress the therapy regimen.






©2002 All Rights Reserved

6 Blackstone Valley Pl, Ste 530, Lincoln, RI 02865
Ph: (401) 334-3700 Fax: (401) 334-3414

ORTHOPEDIC GROUP, INC.

ORTHOPEDIC GROUP, INC.

**Patient:** Elizabeth Shields **Date of Birth:** 06-20-1958 **Visit Date:** Aug 21, 2003 08:11 AM
**Providers:** Christopher Edmundson **PCP:** John J. Poggi, MD **Location:** LOG

## SUBJECTIVE

***Physical Therapy Presentation - Lumbar Spine***

Mild increase in pain after last visit that resolved within 1 day. Pt reports continued compliance with HEP and added wall slides.

## OBJECTIVE

***Therapy Treatment***

Treatment rendered was Hot and/or Cold Packs, Electrical Stimulation, Strengthening exercises and Therapeutic Activities. bike x 4 min, wall slides, bridging with manual resistance, prone hip ext, resisted shld ext in sitting.

Pt instructed to begin walking 1/2 hour/day with breaks prn.The plan is to progress the therapy regimen.






©2002 All Rights Reserved

6 Blackstone Valley Pl, Ste 530, Lincoln, RI 02865
Ph: (401) 334-3700 Fax: (401) 334-3414

ORTHOPEDIC GROUP, INC.

OGI

ORTHOPEDIC GROUP, INC.

**Patient:** Elizabeth Shields **Date of Birth:** 06-20-1958 **Visit Date:** Aug 25, 2003 04:05 PM
**Providers:** Christopher Edmundson **PCP:** John J. Poggi, MD **Location:** LOG

## SUBJECTIVE

***Physical Therapy Presentation - Lumbar Spine***

Pt reports that she is feeling ill today and has a bad toothache.

## OBJECTIVE

***Therapy Treatment***

Treatment rendered was Hot and/or Cold Packs, Electrical Stimulation and Therapeutic Activities. Stationary bike x 1 min. Pt was unable to tol a longer period on stationary bike secondary to SOB.

Reviewed HEP.The plan is to progress the therapy regimen.





©2002 All Rights Reserved

6 Blackstone Valley Pl, Ste 530, Lincoln, RI 02865
Ph: (401) 334-3700 Fax: (401) 334-3414

ORTHOPEDIC GROUP, INC.

ORTHOPEDIC GROUP, INC.

**Patient:** Elizabeth Shields **Date of Birth:** 06-20-1958 **Visit Date:** Aug 28, 2003 08:34 AM
**Providers:** Christopher Edmundson **PCP:** John J. Poggi, MD **Location:** LOG

## SUBJECTIVE

***Physical Therapy Presentation - Lumbar Spine***

Pt reports that she is feeling a little better today.

## OBJECTIVE

***Therapy Treatment***

Treatment rendered was Hot and/or Cold Packs, Electrical Stimulation, Strengthening exercises and Therapeutic Activities. bike x 5 min, prone alt hip ext and shld flexion, bridging with march, stabilization sitting on ball.The plan is to progress the therapy regimen.






©2002 All Rights Reserved

6 Blackstone Valley Pl, Ste 530, Lincoln, RI 02865
Ph: (401) 334-3700 Fax: (401) 334-3414



ORTHOPEDIC GROUP, INC.

ORTHOPEDIC GROUP, INC.

**Patient:** Elizabeth Shields **Date of Birth:** 06-20-1958 **Visit Date:** Sep 02, 2003 03:42 PM
**Providers:** John J Poggi, M.D. **PCP:** John J. Poggi, MD **Location:** AOG

## SUBJECTIVE

***Room***

Patient is arrived and roomed.

***OR Lumbar FU HPI***

Ms. Shields returns for a follow-up of upper and lower back strain injuries, s/p MVA, along with underlying L5-S1 spondylolisthesis. Since I last saw Ms. Shields, there has been significant improvement. She notes near complete resolution of her upper and lower back symptoms. She feels PT has been quite beneficial. Numbness is absent in the extremities. Weakness is absent in the extremities. Bowel and bladder function have been normal.

***OR FU PMSFHX***

Past medical history and review of systems were discussed with the patient in detail and remain unchanged from Orthopedic Group Inc. Intake Form, a copy of which is included in the patient's chart.

## OBJECTIVE

***OR Lumbar Spine Exam***

The patient is a well developed and well nourished Caucasion female. The skin of the back is free of any bruising, swelling, or open violations. She is able to arise from a seated position without difficulty. The patient's gait is nonantalgic and heel to toe bilaterally. Evaluation of heel walking reveals it to be 5/5 bilaterally. Her toe walking is 5/5 bilaterally. Evaluation of the stance shows there to be a level pelvis. She has minimal tenderness to palpation over the left SI joint. She has no tenderness to palpation along the thoracic or lumbar spine. Lumbar lordosis is normal. Flexion was noted to be 80 degrees. Extension was 20 degrees. Motor strength testing bilaterally in the T12-S1 distribution was normal, showing 5/5 strength in all muscle groups. Light touch in the L4-S1 distributions was normal bilaterally, as well. Knee jerk and ankle jerk reflexes were normal and symmetric.

## ASSESSMENT

DIAGNOSIS #1: lumbar strain. 2. Thoracic strain, s/p MVA.

Strain Sprain, (Ligament,Muscle) Lumbar 847.2
Strain Sprain, (Ligament,Muscle) Thoracic 847.1

## PLAN

***OR LUMBAR PLAN***

The treatment options were reviewed with the patient. She will complete her course of PT and progress to a home exercise program. Follow up: as needed. The patient may return to work full duty/full time. This diagnosis is billable under auto/liability insurance.

This note has been electronically signed by John J Poggi, M.D.

John J Poggi, M.D.



amicore ©2002 All Rights Reserved

150 Emory St. Attleboro, MA 02703
Phone: (508) 222-4450 Fax: (508) 226-6465

# ORTHOPEDIC GROUP, INC.

OGI

ORTHOPEDIC GROUP, INC.

**Patient:** Elizabeth Shields **Date of Birth:** 06-20-1958 **Visit Date:** Sep 08, 2003 03:48 PM
**Providers:** Christopher Edmundson **PCP:** John J. Poggi, MD **Location:** LOG

## OBJECTIVE

***Therapy Treatment***

Treatment rendered was Hot and/or Cold Packs, Electrical Stimulation, Strengthening exercises and Therapeutic Activities. The plan is to progress the therapy regimen.





©2002 All Rights Reserved

6 Blackstone Valley Pl, Ste 530, Lincoln, RI 02865
Ph: (401) 334-3700 Fax: (401) 334-3414



# ORTHOPEDIC GROUP, INC.

ORTHOPEDIC GROUP, INC.

**Patient:** Elizabeth Shields **Date of Birth:** 06-20-1958 **Visit Date:** Sep 15, 2003 09:23 AM
**Providers:** Christopher Edmundson **PCP:** John J. Poggi, MD **Location:** LOG

## OBJECTIVE

***Therapy Treatment***

Treatment rendered was Home Exercise Program, Strengthening exercises, Therapeutic Activities, Hot and/or Cold Packs and Electrical Stimulation. Issued new HEP of 4 pt lumbar stretch, piriformis stretch, quadruped hip ext, hooklying alt hip flex, bridging, wall slides. Stationary bike x 7 min.The plan is to progress the therapy regimen.

## ADDITIONAL ADDENDA

Oct 8 2003 10:25AM (Bruno, Leanne) - Faxed Note To: GERMANI & GERMANI P.C. - 15082229906





©2002 All Rights Reserved.

6 Blackstone Valley Pl, Ste 530, Lincoln, RI 02865
Ph: (401) 334-3700 Fax: (401) 334-3414



# ORTHOPEDIC GROUP, INC.

ORTHOPEDIC GROUP, INC.

**Patient:** Elizabeth Shields **Date of Birth:** 06-20-1958 **Visit Date:** Sep 18, 2003 08:30 AM
**Providers:** Christopher Edmundson **PCP:** John J. Poggi, MD **Location:** LOG

## SUBJECTIVE

***Physical Therapy Presentation - Lumbar Spine***

Difficulty with new HEP secondary to fatigue. Pt reports that she has been walking.

## OBJECTIVE

***Therapy Treatment***

Treatment rendered was Hot and/or Cold Packs, Electrical Stimulation, Strengthening exercises and Therapeutic Activities. bridging on ball, shld horiz abd and flexion on ball, abdominal exercises on ball, hip ext on ball, stationary bike x 7 min and x3 min.

## ADDITIONAL ADDENDA

Oct 8 2003 10:25AM (Bruno, Leanne) - Faxed Note To: GERMANI & GERMANI P.C. - 15082229906





©2002 All Rights Reserved.

6 Blackstone Valley Pl, Ste 530, Lincoln, RI 02865
Ph: (401) 334-3700 Fax: (401) 334-3414



# ORTHOPEDIC GROUP, INC.

ORTHOPEDIC GROUP, INC.

**Patient:** Elizabeth Shields **Date of Birth:** 06-20-1958 **Visit Date:** Sep 22, 2003 08:36 AM
**Providers:** Christopher Edmundson **PCP:** John J. Poggi, MD **Location:** LOG

## SUBJECTIVE

***Physical Therapy Presentation - Lumbar Spine***

Pt reports walking 3 miles/ day since last visit. Back is "not bad".

## OBJECTIVE

***Therapy Treatment***

Treatment rendered was Hot and/or Cold Packs, Electrical Stimulation, Strengthening exercises and Therapeutic Activities. stationary bike x 8 min, scap exercises on ball, abdominals on ball, hooklying crunches, AA sit-ups, PNF with body blade on ball, stationary bike x 5 min.The plan is to progress the therapy regimen.

## ADDITIONAL ADDENDA

Oct 8 2003 10:25AM (Bruno, Leanne) - Faxed Note To: GERMANI & GERMANI P.C. - 15082229906



amicore ©2002 All Rights Reserved.

6 Blackstone Valley Pl, Ste 530, Lincoln, RI 02865
Ph: (401) 334-3700 Fax: (401) 334-3414



**ORTHOPEDIC GROUP, INC.**

ORTHOPEDIC GROUP, INC.

**Patient:** Elizabeth Shields **Date of Birth:** 06-20-1958 **Visit Date:** Sep 25, 2003 08:45 AM
**Providers:** Christopher Edmundson **PCP:** John J. Poggi, MD **Location:** LOG

## SUBJECTIVE

***Physical Therapy Presentation - Lumbar Spine***

Pt describes pain level as fair.

## OBJECTIVE

***Therapy Treatment***

Treatment rendered was Hot and/or Cold Packs, Electrical Stimulation, Strengthening exercises, Manual Therapy and Therapeutic Activities. abd curls on ball, chest press on ball, AA sit-ups, hooklying marching, stationary bike x 9 min and 5 min.The plan is to continue the current therapy regimen.

## ADDITIONAL ADDENDA

Oct 8 2003 10:25AM (Bruno, Leanne) - Faxed Note To: GERMANI & GERMANI P.C. - 15082229906





©2002 All Rights Reserved.

6 Blackstone Valley Pl, Ste 530, Lincoln, RI 02865
Ph: (401) 334-3700 Fax: (401) 334-3414



# ORTHOPEDIC GROUP, INC.

ORTHOPEDIC GROUP, INC.

**Patient:** Elizabeth Shields **Date of Birth:** 06-20-1958 **Visit Date:** Sep 29, 2003 02:51 PM
**Providers:** Christopher Edmundson **PCP:** John J. Poggi, MD **Location:** LOG

## OBJECTIVE

***Therapy Treatment***

Treatment rendered was Hot and/or Cold Packs, Electrical Stimulation, Strengthening exercises and Therapeutic Activities. stationary bike x 10, abd curls on ball, prone hip ext and shld flexion on ball, AA sit-ups, quadruped alt arm and leg, lat pulls #25, stationary bike x 5 L3.The plan is to continue the current therapy regimen.

## ADDITIONAL ADDENDA

Oct 8 2003 10:25AM (Bruno, Leanne) - Faxed Note To: GERMANI & GERMANI P.C. - 15082229906



amicore ©2002 All Rights Reserved.

6 Blackstone Valley Pl, Ste 530, Lincoln, RI 02865
Ph: (401) 334-3700 Fax: (401) 334-3414



# ORTHOPEDIC GROUP, INC.

ORTHOPEDIC GROUP, INC.

**Patient:** Elizabeth Shields **Date of Birth:** 06-20-1958 **Visit Date:** Oct 02, 2003 09:05 AM
**Providers:** Christopher Edmundson **PCP:** John J. Poggi, MD **Location:** LOG

## SUBJECTIVE

***Physical Therapy Presentation - Lumbar Spine***

Pt reports that she is feeling much better. She would like to D/C herself at this time. She intends to continue exercising on her own.

## OBJECTIVE

***Therapy Treatment***

Treatment rendered was Electrical Stimulation, Strengthening exercises, Therapeutic Activities and Hot and/or Cold Packs. Rx as previous.

## ASSESSMENT

Compared to the previous treatment, patient seems to be much better.

## PLAN

***Physical Therapy Rehabilitation Plan***

D/C to HEP.

## ADDITIONAL ADDENDA

Oct 8 2003 10:25AM (Bruno, Leanne) - Faxed Note To: GERMANI & GERMANI P.C. - 15082229906

Christopher Edmundson





©2002 All Rights Reserved.

6 Blackstone Valley Pl, Ste 530, Lincoln, RI 02865
Ph: (401) 334-3700 Fax: (401) 334-3414

If the slip is greater than 25 percent, there appears to be an increased risk of future low back pain. Disc degeneration in the presence of untreated spondylolisthesis is uncommon under age 25 but after that age it is seen more commonly than in age-matched controls. On the other hand, patients who underwent fusion had no more degeneration than those not operated on (quoted by Smith and Hu, 1999). Spondylolysis of L4 is more likely to be painful than that involving L5 (Lonstein, 1999b).

Long-term follow-up of patients with grades III and IV spondylolisthesis showed that, even without surgery, major problems were uncommon. However, the same study showed that *in situ* posterior arthrodesis (surgical fusion of a joint) provided even better results (Weinstein, 2000).

Some adults with spondylosis or spondylolisthesis, for unknown reasons, have low back pain or sciatica, or both. Their symptoms and findings are virtually indistinguishable from patients with nonspecific low back trouble. Posterolateral fusion improves the condition of such patients (Moller, et al., 2000).

**¶ 11.33(5) Trauma and Spondylolisthesis**——There is no question that trauma often plays a role in precipitating spondylolisthesis and its symptoms. In fact, trauma provokes the first painful symptoms of spondylolisthesis quite frequently, but it is seldom its cause.

Trauma can, however, transform a pre-existing spondylolysis into an olisthesis (slippage), and can increase the degree of slippage in a pre-existing spondylolisthesis. Injury can also alter the dynamics of the spinal restraining tissues so a hyperlordosis (exaggeration of the normal lordotic curve) may result and induce a fatigue fracture of the pars interarticularis.

A severe traumatic event such as a motor-vehicle accident can very rarely cause an acute fracture of the pars (Type Ic). This injury seems to be unstable and the slip can progress and cause nerve damage; accordingly it is probably best managed by early fusion (Hilibrand, et al., 1995).

## ¶ 11.40 ABNORMAL CURVATURES OF THE SPINE

Deformities that result from abnormal spinal curvatures, if severe enough, will involve more than just cosmetic deformity. They can also be a source of pain, later degenerative problems, sitting instability, neurologic impairment and respiratory deficits.

The two major spinal deformities seen are scoliosis and kyphosis.

### ¶ 11.41 Scoliosis

Scoliosis is a lateral curvature of the spine as viewed from the back. (*See Figure 11-13.*) Scoliosis is most easily recognized as a deformity in the coronal





Spondylolisthesis