UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

ELIZABETH L. SHIELDS, )
    Plaintiff )
)
v. ) CASE NO. 04 12431GAO
)
KENNETH VAN VOORHIS, JR., )
JOSEPH ELETTO TRANSFER, INC. and )
AA TRUCK RENTING CORPORATION, )
    Defendants )

**INITIAL DISCLOSURE OF DEFENDANTS, KENNETH VAN VOORHIS, JR., JOSEPH ELETTO TRANSFER, INC. and AA TRUCK RENTING CORPORATION**

Now come the defendants, Kenneth Van Voorhis, Jr., Joseph Elletto Transfer, Inc. and AA Truck Renting Corporation, and in accordance with Fed. R. Civ. P. 26(a)(1) provide the following Initial Disclosure:

    a.    <u>Witnesses</u>

        Elizabeth L. Shields
        Kenneth Van Voorhis, Jr.

    b.    <u>Documents</u>

        None at this time. The defendants reserve the right to supplement this response.

    c.    <u>Computation of Damages</u>

        Not applicable.

    d.    <u>Insurance</u>

        Please see Clarendon National Insurance Co. Declaration Sheet re: Policy No. ATM 102603 (copy attached)

Respectfully submitted

_____
Paul R. Keane, BBO # 262880
Michael J. Keefe, BBO # 263751
Attorneys for the Defendants
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street, 7th Floor
Boston, MA 02114
617-227-3240

## CERTIFICATE OF SERVICE

I, Michael J. Keefe, counsel for the defendants, hereby certify that on the 22nd day of June, 2005, I served the above document mailing a copy thereof, postage prepaid to Sal J. Germani, Esq., Germani & Germani, P.C., 50 Union Street, P. O. Box 2178, Attleboro, MA 02703.

_____
Paul R. Keane, BBO # 262880
Michael J. Keefe, BBO # 263751
Attorneys for the Defendants
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street, 7th Floor
Boston, MA 02114
617-227-3240