UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH L. SHIELDS,<br>Plaintiff | )<br>)<br>) |
| v. | )    CASE NO. 04 12431GAO<br>) |
| KENNETH VAN VOORHIS, JR.,<br>JOSEPH ELETTO TRANSFER, INC. and<br>AA TRUCK RENTING CORPORATION,<br>Defendants | )<br>)<br>)<br>) |

### DEFENDANTS' MOTION TO ENLARGE TIME FOR COMPLETION OF INDEPENDENT MEDICAL EXAMINATION (ASSENTED TO)

Now come the defendants, and hereby move to extend up to and including August 2, 2005, the deadline for the defendants to obtain an independent medical examination of the plaintiff. As grounds the defendants state that to accommodate the plaintiff (who lives in Warwick RI) the defendants arranged for a the examination to be performed by a physician who practices in Providence, Rhode Island (Stephen Saris, M.D.), but the earliest available appointment is August 2, 2005. The defendants further state that the plaintiff has agreed to an examination on said date by Dr. Saris and assents to the allowance of this motion.

Wherefore, the defendants request that they be granted the relief requested herein.

Assented to:

_____
Sal J. Germani, Esq.
Germani & Germani, P.C.
50 Union Street
P. O. Box 2178
Attleboro, MA 02703.

_____
Paul R. Keane, BBO # 262880
Michael J. Keefe, BBO # 263751
Attorneys for the Defendants
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street, 7th Floor
Boston, MA 02114
617-227-3240

CERTIFICATE OF SERVICE

    I, Michael J. Keefe, counsel for the defendants, hereby certify that on the 6th day of July, 2005, I served the above document mailing a copy thereof, postage prepaid to Sal J. Germani, Esq., Germani & Germani, P.C., 50 Union Street, P. O. Box 2178, Attleboro, MA 02703.

                                                        Paul R. Keane, BBO # 262880
                                                        Michael J. Keefe, BBO # 263751
                                                        Attorneys for the Defendants
                                                        Martin, Magnuson, McCarthy & Kenney
                                                        101 Merrimac Street, 7th Floor
                                                        Boston, MA 02114
                                                        617-227-3240