**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ELIZABETH L. SHIELDS,<br>       Plaintiff | :<br>:<br>: |
| v. | :    C.A. NO.:  04-12431GAO |
| | : |
| KENNETH VAN VOORHIS, JR.,<br>JOSEPH ELETTO TRANSFER, INC. and<br>AA TRUCK RENTING CORPORATION,<br>       Defendants | :<br>:<br>:<br>: |

**IN RE:  PLAINTIFF'S CONFIDENTIAL BRIEF REGARDING
MEDIATION ON NOVEMBER 1, 2005 AT 10:00 a.m.**

Please take notice that the above document has been filed under seal.

                                                                                    Respectfully submitted,
                                                                                    The Plaintiff,
                                                                                    By her Attorneys,

                                                                                   */s/ Sal J. Germani*
                                                                                    Sal J. Germani, Esq.
                                                                                   BBO#  547991
                                                                                  50 Union Street
                                                                                  PO Box 2178
                                                                                  Attleboro, MA  02703
                                                                                 508-222-5858

Dated:  October 26, 2005