## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

  ELIZABETH L. SHIELDS
                   Plaintiff(s)

                                                      CIVIL ACTION

                   V.
                                                      NO.    04cv12431GAO

  KENNETH VAN VOORHIS, JR. et al
                   Defendant(s)

### REPORT RE: REFERENCE FOR
### ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE    O'TOOLE

[  ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]    On    11/1/2005    I held the following ADR proceeding:

    _____    SCREENING CONFERENCE    _____    EARLY NEUTRAL EVALUATION

       X       MEDIATION    _____    SUMMARY BENCH / JURY TRIAL

    ___  ___    MINI-TRIAL    _____    SETTLEMENT CONFERENCE

    All parties were represented by counsel  [except _____]
    The parties  were / were not  present in person or by authorized corporate officer [except
    _____].

    The case was:

[ X ]    Settled.  Your clerk should enter a   60   day order of dismissal.

[  ]    There was progress.  A further conference has been scheduled for _____ unless the
        case is reported settled prior to that date.

[  ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This
        case should be restored to your trial list.

[  ]    Suggested strategy to facilitate settlement:

    _____

    _____

     11/1/2005                          /s/  MAGISTRATE JUDGE BOWLER
              DATE                          ADR Provider

(ADR Report.wpd  - 4/12/2000)                                    [adrrpt.]