UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Elizabeth L. Shields
          Plaintiff

V.

Kenneth Van Voorhis, Jr. et al
          Defendant

CIVIL ACTION

NO.   04 - 12431 - GAO

## SETTLEMENT ORDER OF DISMISSAL

  O'Toole  D. J.

The Court having been advised on   11/1/2005   that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

  11/1/2005                                    Gina Edge
     Date                                      Deputy Clerk

(Dismissal Settlement.wpd - 12/98)