UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

ELIZABETH L. SHIELDS,                )
        Plaintiff                )
                                     )
v.                                   )     CASE NO. 04 12431GAO
                                     )
KENNETH VAN VOORHIS, JR.,            )
JOSEPH ELETTO TRANSFER, INC. and     )
AA TRUCK RENTING CORPORATION,        )
        Defendants               )

### STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

Now come all the parties to the above-entitled matter and pursuant to Fed. R. Civ. P.

41(a)(1) hereby agree that this matter, and all claims that are or could have been asserted by the

plaintiff herein, shall be and hereby are dismissed with prejudice and without cost or attorneys

fees, and all parties waiving all rights of appeal.

Sal J. Germani, Esquire
Attorney for the Plaintiff
Germani & Germani, P.C.
50 Union Street
P. O. Box 2178
Attleboro, MA  02703

Paul R. Keane, BBO # 262880
Michael J. Keefe, BBO # 263751
Attorneys for the Defendants
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street, 7th Floor
Boston, MA 02114
617-227-3240

CERTIFICATE OF SERVICE

I, Michael J. Keefe, counsel for the defendants, hereby certify that on the $22^d$ day of November, 2005, I served the above document mailing a copy thereof, postage prepaid to Sal J. Germani, Esq., Germani & Germani, P.C., 50 Union Street, P. O. Box 2178, Attleboro, MA 02703.

Paul K. Keane, BBO # 262880
Michael J. Keefe, BBO # 263751
Attorneys for the Defendants
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street, 7th Floor
Boston, MA 02114
617-227-3240